UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

CARLA RAE K.,[1]

    Plaintiff,

v.

No. 6:22-CV-003-H-BU

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND GRANTING THE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

On August 25, 2023, United States Magistrate Judge John R. Parker issued his

Findings, Conclusions, and Recommendation (FCR) as to the plaintiff's pending motion for

attorney's fees. *See* Dkt. Nos. 19; 21. Judge Parker recommend that the Court grant the

plaintiff's motion, in part because the Commissioner filed a response indicating that she was

unopposed to the plaintiff's request. Dkt. No. 20. No objections to the FCR were filed.

The District Court has reviewed the proposed FCR for clear error. Finding none, the Court

accepts the FCR and grants the plaintiff's motion. Dkt. No. 19. In accordance with that

judgment, the Court awards the plaintiff $6,765.00 in attorney's fees made payable to the

plaintiff in care of her attorney.

So ordered on September 2̄7̄, 2023.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Due to concerns regarding the privacy of sensitive personal information available to the public through opinions in Social Security cases, the plaintiff is only identified by her first name and last initial.