UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

CARLA RAE K.,[1]

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

No. 6:22-CV-003-H

### ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant the plaintiff's pending motion for attorney's fees. *See* Dkt. Nos. 23; 25. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's motion for attorney's fees (Dkt. No. 23) is granted. The Court awards $26,277.50 in fees to the plaintiff's attorney under 42 U.S.C. § 406(b) to be certified and disbursed by the Commissioner of Social Security. The plaintiff's attorney is ordered to promptly return to the plaintiff the $6,765.00 fee previously awarded under the Equal Access to Justice Act. *See* Dkt. No. 23 at 2.

---

[1] Due to concerns regarding the privacy of sensitive personal information available to the public through opinions in Social Security cases, the plaintiff is only identified by her first name and last initial.

So ordered on November 24, 2025.

                                                                                        _____
                                                                                        JAMES WESLEY HENDRIX
                                                                                        UNITED STATES DISTRICT JUDGE